## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MARJAN INTERNATIONAL CORP. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | File No. _____ |
| v. | ) | |
| | ) | |
| PARVIZ GHANEI, | ) | |
| MEHRANZ GHANEI, | ) | |
| both d/b/a PARVIZ IMPORT EXPORT, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff Marjan International Corp. ("Marjan") hereby files its Complaint against Defendants Parviz Ghanei and Mehranz Ghanei, both doing business as Parviz Import Export, showing this Court as follows:

## PARTIES, JURISDICTION, AND VENUE

1.      Marjan is a corporation created under the laws of the State of New York and having its principal office and nexus of corporate decision making located in New York County, New York.

2.      Parviz Ghanei is an individual and a citizen and resident of Cherokee County, Georgia and is domiciled in Cherokee County, Georgia for venue purposes.

1

3.    Mehranz Ghanei is an individual and a citizen and resident of Cherokee County, Georgia and is domiciled in Cherokee County, Georgia for venue purposes. Upon information and belief, Parviz and Mehranz Ghanei do business as Parviz Import Export.

4.    Pursuant to 28 U.S.C. § 1332, the Court has jurisdiction over this case because complete diversity exists between the parties and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. On the one hand and per 28 U.S.C. § 1332(c)(1), Marjan is a citizen of New York (as a corporation created under New York law and having its principal place of business and nexus of corporate decision-making located in New York County, New York). On the other hand, Defendants are domiciled in and citizens and residents of Cherokee County, Georgia.  As shown below, the amount in controversy exceeds the sum of $75,000.00.  Accordingly, jurisdiction is proper under 28 U.S.C. § 1332.

5.    This Court has jurisdiction over Defendants because they are domiciled and reside in Cherokee County, Georgia.

6.    Pursuant to 28 U.S.C. § 1391(b), venue is proper in this Court because Defendants reside and are domiciled in the Northern District of Georgia and a substantial part of the events or omissions giving rise to Plaintiff's claim occurred in the Northern District of Georgia.  Pursuant to L.R. 3.1(B)(3), NDGa, venue is

proper in the Atlanta Division of this District because the cause of action arose within the Atlanta Division.

## FACTUAL BACKGROUND

7.     During the period of 2014 to 2017, Defendants ordered finely crafted Persian and other Oriental rugs from Marjan for Defendants' use or consignment to others.  Marjan fulfilled and made delivery on each order to Defendants or to the location of Defendants' choice.  During this period, sporadic payments were made by Defendants on their account with Marjan.

8.     Following Defendants' last fulfilled order on or about March 5, 2017, Defendants largely stopped responding to Marjan's inquiries regarding payment.

9.     On or about September 21, 2017, Marjan sent Defendants a "Customer Statement" reflecting transactions on the account including shipments, returns, payments, and discounts, and also reflecting a balance due of $217,926.00. Defendants responded on or about September 25, 2017, agreeing with the amounts shown on the Customer Statement and promising payment.  A true and correct copy of the September 2017 email communications regarding and containing the Customer Statement is attached hereto in composite form as Exhibit "A" and is incorporated by reference herein.

10.     On or about March 10, 2018, Defendants remitted a single payment for $1,000.00 on their account to Marjan.  Taking this payment into account, the principal amount owing on the open account is currently $216,926.00.

11.     Marjan made demand for payment of the outstanding balance by undersigned counsel's letter of October 5, 2018.  A true and correct copy of the October 5, 2018 letter is attached hereto as Exhibit "B" and is incorporated by reference herein.

12.     Defendants breached their obligations by failing to make payment on the account when due.

13.     As of November 16, 2018, the principal Indebtedness, exclusive of the Plaintiff's filing fee for this action or accrued interest, is $216,926.00.

14.     To date, Defendants have failed to cure their default and breach and are liable for all amounts due.

## CAUSES OF ACTION

### COUNT I
### BREACH ON OPEN ACCOUNT

15.     Plaintiff incorporates by reference the averments in paragraphs 1 through 14 above as if fully stated herein.

16.     Through their default and by failing to pay the amounts due on the account, Defendants have breached their obligations to the Plaintiff.

4

17.    Plaintiff has been damaged by Defendants' breach in the liquidated principal amount of $216,926.00 as of November 16, 2018, plus accrued and unpaid interest pursuant to O.C.G.A. § 7-4-16, with pre-judgment interest continuing to accrue on the outstanding principal balance per O.C.G.A. § 7-4-16 until the date of judgment, and with post-judgment interest to run in accordance with applicable law.

18.    As a result of Defendants' default and breach, Plaintiff is entitled to the entry of judgment against Defendants jointly and severally in an amount equal to the principal Indebtedness and interest as of the date of entry of judgment, plus all costs of this Action.

## COUNT II
## (IN THE ALTERNATIVE)
## UNJUST ENRICHMENT

19.    Plaintiff incorporates by reference the averments in paragraphs 1 through 14 above as if fully stated herein.

20.    Defendants have directly benefited and have been unjustly enriched through receipt of goods wrongfully retained and for which they are jointly and severally liable to the Plaintiff in the amounts set forth above in paragraph 18.

## COUNT III
## ATTORNEYS' FEES AND EXPENSES PER O.C.G.A § 13-6-11

21.    Plaintiff incorporates by reference the averments in paragraphs 1 through 14 above as if fully stated herein.

22.    Defendants have acknowledged liability on the subject debt to Plaintiff but refuse to make payment to satisfy the open account.

23.    As a result, Defendants have acted in bad faith, caused Plaintiff unnecessary trouble and expense, and been stubbornly litigious, entitling Plaintiff to recover its reasonable attorneys' fees and expenses of litigation from Defendants jointly and severally pursuant to O.C.G.A. § 13-6-11.

**WHEREFORE**, Plaintiff prays:

a.    That the Court enter judgment against Defendants jointly and severally in the principal amount of $216,926.00, plus accrued and unpaid pre-judgment interest as of the date of entry of judgment, plus court costs incurred in this action, under Count I of this Complaint;

b.    In the alternative, that the Court award compensatory and actual damages as a result of Defendants' conduct under Count II of this Complaint;

c.    That the Court award Plaintiff its reasonable attorneys' fees and expenses of litigation from Defendants jointly and severally pursuant to O.C.G.A. § 13-6-11 under Count III of this Complaint; and

d.    That the Court award Plaintiff such other and further relief as is just and proper.

Respectfully submitted this 16th day of November, 2018.


  /s/ John J. Richard
JOHN J. RICHARD
Georgia Bar No. 603989
jrichard@taylorenglish.com

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Telephone: 770-434-6868
Facsimile: 770-434-7376

Counsel for Plaintiff
Marjan International Corp.

# EXHIBIT A

# Andrina Doria

**From:** parviz ghanei <parvizghanei@yahoo.com>
**Sent:** Monday, September 25, 2017 3:34 PM
**To:** Andrina Doria
**Subject:** Re: PARVIZ SUMMARY CUSTOMER OF STATEMENT.docx

Statement is perfect bye October 15/2017 call mr morad and ask for my 30% discount of total purchase then I make a six payment to closed account   (see attached)

Thank you

Sent from my iPhone

On Sep 25, 2017, at 9:33 AM, Andrina Doria <andy@marjanrugs.com> wrote:

> Waiting for your final answer today.
> Must be done today!
> Thank you.
>
> **From:** parviz ghanei [mailto:parvizghanei@yahoo.com]
> **Sent:** Friday, September 22, 2017 11:37 AM
> **To:** Andrina Doria
> **Subject:** Re: PARVIZ SUMMARY CUSTOMER OF STATEMENT.docx
>
> Thank you
> Is very helpful
>
> Sent from my iPhone
>
> On Sep 21, 2017, at 12:50 PM, Andrina Doria <andy@marjanrugs.com> wrote:
>
>> Mr. Ghanei – please review the attached and confirm.
>> Thank you.
>> Andy
>>
>> <PARVIZ SUMMARY CUSTOMER OF STATEMENT.docx>

1

# Andrina Doria

**From:** Andrina Doria
**Sent:** Thursday, September 21, 2017 12:51 PM
**To:** parvizghanei@yahoo.com
**Subject:** PARVIZ SUMMARY CUSTOMER OF STATEMENT.docx
**Attachments:** PARVIZ SUMMARY CUSTOMER OF STATEMENT.docx

Mr. Ghanei – please review the attached and confirm.
Thank you.
Andy

# Marjan International Corp.

*Importers of Fine Persian & Other Oriental Rugs*

41 EAST 31ST STREET
NEW YORK, N.Y. 10016-6810

TELEPHONE: (212) 686-8499
FAX: (212-576-1511
TOLL FREE 1-800-8 MARJAN

September 20, 2017

Parviz Import Export
4919 Post Oak Tritt Road
Roswell, GA  30075

### CUSTOMER STATEMENT

| | | |
|---|---:|---:|
| Rugs shipped on 03/05/2017 | $ 83,987.00 | |
| Rugs shipped on 09/04/2016 | $ 136,403.00 | |
| Rugs shipped on 06/26/2016 | $ 151,735.00 | |
| Rugs shipped on 01/22/2014 | $ 100,759.00 | |
| Rugs shipped on 02/19/2014 | $ 56,164.00 | |
| Rugs shipped on 04/22/2014 | $ 20,917.00 | |
| Rugs shipped on 09/18/2015 | $ 109,011.00 | |
| Rugs shipped on 03/21/2016 | $ 81,807.00 | |
| **TOTAL AMOUNT** | | **$ 740,783.00** |

**Returns:**

| | | |
|---|---:|---:|
| 08/08/2017 | $ 139,370.00 | |
| 02/08/2017 | $ 41,427.00 | |
| 06/05/2016 | $ 14,504.00 | |
| 06/05/2016 | $ 57,158.00 | |
| **TOTAL AMOUNT RETURNS** | | **$ 252,459.00** |

| | | |
|---|---:|---:|
| PAYMENTS | $ 144,250.00 | |
| CREDIT PAID AND RETURNED | $ 37,904.00 | |
| DISCOUNT TAKEN | $ 88,244.00 | |
| **TOTAL AMOUNT** | | **$ 270,398.00** |

**BALANCE DUE TO MARJAN** . . . . . . . . . . . . . . . . .     **$ 217,926.00**

# EXHIBIT B

# taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 400 Atlanta, Georgia 30339
Main: 770.434.6868  Fax: 770.434.7376  **taylorenglish.com**

John J. Richard
Direct:  678-336-7172
jrichard@taylorenglish.com

October 5, 2018

**VIA CERTIFIED U.S. MAIL – RETURN RECEIPT REQUESTED
AND FIRST CLASS U.S. MAIL, CERTIFIED MAIL NO. 7017 0660 0000 0862 4425**

Parviz Ghanei
Mehranz Ghanei
200 Edinburgh Lane
Woodstock, GA 30188

> RE:   Open account balance for consigned rugs with Marjan International Corp. ("Marjan").

Dear Mr. and Mrs. Ghanei:

This firm represents Marjan with respect to the above-referenced open account.  Please direct all communication regarding this matter to my attention.

As you are aware, on September 25, 2017, Mr. Ghanei verified in writing the open account balance with Marjan in the amount of $217,926.00.  Since that time, you have remitted only a single payment, in the amount of $1000.00 on or about March 10, 2018.  The current principal balance on the account stands at $216,926.00 and demand is hereby made for the immediate payment of this amount.

If such payment is not received in this office within ten calendar days of the date of this letter, Marjan is prepared to take legal action against you to pursue its rights, all of which, including the right to seek all applicable interest, are reserved.

Please govern yourselves accordingly.

Very truly yours,

John J. Richard
TAYLOR ENGLISH DUMA LLP

cc:    G. Channing Ruskell, Esq.
       9021 Main Street
       Woodstock, GA 30188

       Marjan International Corp.